sideration for signing the bond, but signed the same as surety for defendant Barckley; evidence excluded. *Held*, no error; that this evidence alone constituted no defence, that the seal affixed to the bond was presumptive evidence of full consideration received by the principal, and that was sufficient to bind surety.

*J. C. Strong* for appellants.

*John Ganson* for respondent.

GROVER, J., reads opinion for affirmance.
All concur.
Judgment affirmed.

---

RICHARD WILEY, Appellant, *v.* JOHN ANCHINVOLE, Administrator, etc., Respondent.

(Submitted December 19th, 1871; decided December 22d, 1871.)

*R. & P. D. K. Saunders* for appellant.

*James Sheldon* for respondent.

Agree to affirm.   No opinion.

---

AMANDA S. FERRIS, Appellant, *v.* ALBERT L. MOWERY, Respondent.

(Argued September 15th, 1871; decided January 16th, 1872.)

*H. Nicoll* for appellant.

*Samuel Hand* for respondent.

PECKHAM, J., reads opinion for affirmance.   CHURCH, Ch. J., concurs.

CAUSES NOT REPORTED IN FULL.

ALLEN, GROVER, FOLGER and RAPALLO, JJ., agree to reverse for error in the admission and rejection of evidence. ALLEN and GROVER, JJ., for error in the admission of evidence. GROVER, FOLGER and RAPALLO, JJ., for error in the rejection of evidence.

Judgment reversed.